UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ENEDINO FRANCO BAUTISTA, *individually and*      19-cv-7008 (VEC)
*on behalf of others similarly situated,*

                       *Plaintiff*,     **PLAINTIFF'S NOTICE OF ACCEPTANCE OF**

           -against-     **OFFER OF JUDGMENT**

20TH STREET PIZZA CORP (D/B/A LUNETTA),
KHALIL ABUALI, MIKE DOE, and KENNY DOE,

                      *Defendants.*

------------------------------------------------------------------X

To:
    Michael Chong, Esq.
    MKC Law Group LLC
    2 Executive Drive, Suite 240
    Fort Lee, NJ 07024
    Email: mkchong@mkclawgroup.com

    PLEAST TAKE NOTICE that Plaintiff Enedino Franco Bautista hereby accepts the offer of judgment made by Defendants, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated January 20, 2020. A true copy of the offer of judgment is annexed hereto as Exhibit A.


Dated: New York, New York
        January 29, 2020

                                        __/s/ Joshua S. Androphy
                                        Joshua S. Androphy
                                        MICHAEL FAILLACE & ASSOCIATES, P.C.
                                        60 East 42nd Street, Suite 4510
                                        New York, NY 10165
                                        (212) 317-1200
                                        *Attorneys for Plaintiffs*